# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-30979
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 12, 2014

Lyle W. Cayce
Clerk

REGINALD LOMBARD,

> Plaintiff-Appellant

v.

LANGLEY PRODUCTIONS; VIACOM INTERNATIONAL, INCORPORATED,

> Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:13-CV-4730

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed. The Plaintiff has stated no ground for federal jurisdiction. If he intends his complaint to be defamation, he says nothing about residence or extent of damages required for diversity jurisdiction over a state law claim. It is not case citations he lacks; but he alleges no injury protected by federal law.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.